IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RHONDA EUBANKS | : | CIVIL ACTION NO. 1:CV-13-CV-2050 |
| Plaintiff | : | (JUDGE KANE) |
| | : | (Magistrate Judge Blewitt) |
| v. | : | |
| HARRISBURG POLICE DEPT. | : | |
| Defendant | : | |

## O R D E R

Before the Court in the captioned action is an October 3, 2013 Report and Recommendation of the Magistrate Judge. No timely objections have been filed.

Accordingly, upon review of the record and the applicable law, **IT IS HEREBY ORDERED THAT:**

1) The Court adopts the Report and Recommendation of Magistrate Judge Blewitt.

2) The Plaintiff's Motion for Leave to Proceed *in forma pauperis* (Doc. No. 2) is granted.

3) The Plaintiff's case is **DISMISSED** without prejudice.

4) The Clerk of Court shall **CLOSE** this case.

s/ Yvette Kane
YVETTE KANE, Judge
United States District Court
Middle District of Pennsylvania

Dated: October 23, 2013